377 Pa. 582 (1954)
Schlosser, Appellant,
v.
Weiler.
Supreme Court of Pennsylvania.
Argued March 23, 1954.
June 1, 1954.
Before STERN, C.J., STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.
*587 Vincent M. Casey, with him Charles J. Margiotti, Harry Savage, Edward E. Petrillo, Sr. and Margiotti & Casey, for appellant.
John A. Spaeder, with him Marsh, Spaeder, Baur & Spaeder, for appellees.
*588 OPINION PER CURIAM, June 1, 1954:
The decree is affirmed on the opinion of Judge EVANS.